# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SOTERO VASQUEZ,

    Petitioner

        v.     CIVIL ACTION NO. 3: 11-30145 -MAP

COMMONWEALTH OF MASSACHUSETTS,

    Respondent

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the petitioner's complaint.

        SARAH A. THORNTON,
        CLERK OF COURT

Dated:  September 6, 2011     By  /s/ Maurice G. Lindsay
        Maurice G. Lindsay
        Deputy Clerk

(Civil Judgment of Dismissal-2 (pet-v-resp).wpd - 11/98)  [jgm.]